PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HIDAYATULLAH ALI KHALIL,<br><br>Debtor.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>Garnishee. | No. 2:23-mc-0074 WBS DB<br><br>**STIPULATION RE CONTINUING GARNISHMENT; AND ORDER THEREON**<br><br>Criminal Case No.: 2:09-CR-00259-GEB |

The United States of America and debtor Hidayatullah Ali Khalil (collectively the Parties) hereby stipulate to the final resolution of the United States' pending continuing garnishment action as follows:

1. On February 10, 2023, the United States filed an Application for Writ of Continuing Garnishment of property located at garnishee Bank of America, N.A., in which Hidayatullah Ali Khalil has an interest. ECF No. 1. The Clerk of Court issued the requested writ on February 28, 2023. ECF No. 3.

2. The United States seeks to garnish $370,857.23 to satisfy Hidayatullah Ali Khalil's outstanding restitution balance. Id.

3. The Parties have agreed to a resolution of this garnishment action and request approval of

4. To effectuate their settlement, the Parties agree that the Court can and should enter an order as follows:

    A. That garnishee Bank of America, N.A., should be ordered to turn over $370,857.23 from the funds held in account number ending in 9935 ("Easy Truck Rental, Repair & Towing LLC") within 7 days of approval of this stipulation;

    B. That upon verification of receipt of the funds by the clerk of the court, the United States will immediately move to terminate the writ and release all remaining funds held pursuant to this writ;

    C. That each party shall bear their own costs; and

    D. That the Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
United States Attorney

Dated: March 17, 2023     By:     /S/ ROBIN TUBESING
ROBIN TUBESING
Assistant United States Attorney

FOR THE DEFENDANT:

Dated: March 17, 2023     By:     /S/ HIDAYATULLAH ALI KHALIL
HIDAYATULLAH ALI KHALIL
Debtor

STIPULATION RE CONTINUING
GARNISHMENT; AND ORDER THEREON

2

# **O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation re Garnishment (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that:

    A.    Garnishee Bank of America, N.A., is ordered to turn over $370,857.23 from the funds held in account number ending in 9935 ("Easy Truck Rental, Repair & Towing LLC") within 7 days of approval of this stipulation. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:09-CR-00259-GEB) shall be stated on the payment instrument;

    B.    Upon verification of receipt of the funds by the clerk of the court, the United States will immediately move to terminate the writ and release all remaining funds held pursuant to this writ;

    C.    Each party shall bear their own costs; and

    D.    The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

DATED: March 29, 2023                        /s/ DEBORAH BARNES
                                                     UNITED STATES MAGISTRATE JUDGE